IN THE
UNITED STAES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>    Defendants-Appellees. | No. 14-5316 |

**PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's Order of December 19, 2014, Appellant True the Vote, Inc., through counsel, respectfully submits this non-binding Statement of Issues to Be Raised on Appeal:

A. Claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

 1. Did the district court err in holding that Appellant's First Amendment claim for money damages pursuant to *Bivens* is not cognizable against agents and officials of the IRS?

B. Unauthorized Inspection of Tax Return Information

 2. Did the district court err in holding that the Government defendants did not illegally inspect Appellant's tax return information in violation of 26 U.S.C. § 6103?

C. Mootness

 3. Did the district court err in holding that Appellant's First Amendment

1

and Administrative Procedure Act claims against the Government are moot?

4. Did the district court err in holding that Appellant's request to stay agency action—specifically, Appellant's request to enjoin public release of its application for tax-exempt status—is moot?

Dated: January 20, 2015

Respectfully submitted,

   /s/ John C. Eastman
John C. Eastman (Cal. 193726)
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Appellant*

Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Lead Counsel for Appellant*

Kaylan L. Phillips (D.C. 1110583)*
Noel H. Johnson (Wisc. 1068004)*
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)

(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
*Counsel for Appellant*

William E. Davis (D.C. 280057)
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
mgutierrez@foley.com
*Counsel for Appellant*

\*Applications for admission pending or forthcoming

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Preliminary Statement of Issues to be Raised with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2015. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


Dated: January 20, 2015           /s/ John C. Eastman
                                                    John C. Eastman
                                                    jeastman@chapman.edu
                                                    *Counsel for Plaintiff*