# United States Court of Appeals
### For The District of Columbia Circuit

───────────

| | |
|---|---|
| **No. 14-5316** | **September Term, 2015** |
| | 1:13-cv-00734-RBW |
| | Filed On: September 28, 2015 |

True the Vote, Inc.,

    Appellant

  v.

Internal Revenue Service, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the appendix be due on the same day as appellant's opening brief. See Fed. R. App. P. 30(a)(3); D.C. Cir. Rule 30(a).

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:   /s/
                  Robert J. Cavello
                  Deputy Clerk